Stephanie Berman Schneider, Esq.- SBN 168519
Howard Smith, Esq. - SBN 166571
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
11900 West Olympic Boulevard, Suite 600
Los Angeles, California 90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011

Attorneys for Defendants,
GOLDSMITH & HULL, APC and ERIC SCOTT MINTZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GEORGINE MEDINA MADISON,<br><br>    Plaintiff,<br>vs.<br><br>GOLDSMITH & HULL, A PROFESSIONAL CORPORATION, a California corporation; and ERIC SCOTT MINTZ, individually and in his official capacity,<br><br>    Defendants. | CASE NO: CV13-01655 EJD-HRL<br>(Assigned to Hon. Edward J. Davila)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Complaint Filed: 04/11/13 |

The dispute between the parties has been settled, therefore, all of the claims, which includes but is not limited to any claims for the recovery of attorneys' fees and costs, asserted by Plaintiff, GEORGINE MEDINA MADISON, against all Defendants in the above-captioned proceeding and the entire action are hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

THE STIPULATION IS APPROVED AND IS SO ORDERED.

The Clerk shall close this file.

Dated: 1/7/2014

_____
The Honorable Edward J. Davila
United States District Judge